OPINION — AG — QUESTION: " IN AN INDEPENDENT SCHOOL DISTRICT WHERE THERE IS A BOARD OF FIVE MEMBERS, THREE OF THESE MEMBERS MEET WHICH IN THE ABSENCE OF STATUTE WOULD CONSTITUTE A QUORUM, THEN MAY QUESTION IS: CAN THE MAJORITY OF THESE THREE MEMBERS PRESENT APPOINT A PERSON TO FILL A VACANCY ON THE FIVE MEMBER SCHOOL BOARD, WHERE TWO FAVOR THE APPOINTMENT AND ONE IS AGAINST SUCH APPOINTMENT ? — AFFIRMATIVE (VACANCY, UNEXPIRED TERM, SCHOOL BOARD) CITE: 70 O.S. 4-14 [70-4-14] (J. H. JOHNSON)